**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 00-2201**

―――――――――

WALTER J. BENNETT, Merchant Mariner's License
No. 776593,

                                                        Petitioner,

        versus

NATIONAL TRANSPORTATION SAFETY BOARD,

                                                        Respondent.

―――――――――

On Petition for Review of an Order of the United States Department
of Transportation.  (EM-187)

―――――――――

Submitted:  January 18, 2001          Decided:  January 23, 2001

―――――――――

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

―――――――――

Petition denied by unpublished per curiam opinion.

―――――――――

Walter J. Bennett, Petitioner Pro Se.  Daniel D. Campbell, NATIONAL
TRANSPORTATION SAFETY BOARD, Washington, D.C., for Respondent.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Walter J. Bennett filed a petition for review of the National Transportation Safety Board's ("Board") order dismissing his appeal from the administrative law judge's decision suspending his merchant mariner's license for six months based on a charge of misconduct and placing him on a twelve month probationary period.

Parties are accorded sixty days to file a petition for review in the appropriate court of appeals after the Board issues its final order. 49 U.S.C. § 1153(a) (1994). The Board's order is dated July 10, 2000, and was served on July 12, 2000. Bennett did not file his petition for review until September 14, 2000. We therefore deny the petition for lack of jurisdiction because Bennett's petition was not timely filed. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED